# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| Joseph A. Carpenter,  ) | |
| *Petitioner*  ) | Civil Action No.    1:17-cv-00867-HMH |
| v.  ) | |
| Willie Eagleton, Warden,  ) | |
| *Respondent*  ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__
), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____
recover costs from the petitioner *(name)* _____.

■  The petitioner, Joseph A. Carpenter, shall take nothing of the respondent, Willie Eagleton, and this action is
dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M. Herlong, Jr., United States District Judge, presiding, adopting the Report and
Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended
dismissing the petition without prejudice.

Date:   May 17, 2017                    *ROBIN L. BLUME, CLERK OF COURT*

s/M. Walker

_____
*Signature of Clerk or Deputy Clerk*